Form 3A
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re __Denise A. Nuccio__,
         Debtor

Case No. 07-71743

Chapter _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50 ____ Check one ☐ With the filing of the petition, or
                          ☒ On or before 8-3-07
   $ 68.50 ____ on or before 8-28-07
   $ 68.50 ____ on or before 9-14-07
   $ 68.50 ____ on or before 9-28-07

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Denise A. Nuccio_  _7-23-07_
Signature of Attorney        Date     Signature of Debtor     Date
                                      (In a joint case, both spouses must sign.)

_____             _____  _____
Name of Attorney                      Signature of Joint Debtor (if any)   Date

---

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 2 3 2007

KENNETH S. GARDNER, CLERK
BY_____
      DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____Illinois_____

In re  Denuso Duccio            ,                    Case No. 07-71743EL
          Debtor

Chapter _____

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 68.50  Check one ☐ With the filing of the petition, or
                    ☒ On or before 8-3-07
$ 68.50  _____ on or before 8-31-07
$ 68.50  _____ on or before 9-14-07
$ 68.50  _____ on or before 9-28-07

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT
**KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court

Date: 7.23.07

_United States Bankruptcy Judge_